PROB12A1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | CLEADUS SHELTON |
| **Docket Number:** | 1:00CR05102-006 REC |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 03/26/2001 |
| **Original Offense:** | Conspiracy to Distribute Methamphetamine, 21 USC 846 and 841(a)(1)<br>(CLASS A FELONY) |
| **Original Sentence:** | 45 months BOP; 60 months TSR; $100 SA; Mandatory Drug Testing |
| **Special Conditions:** | 1) Search; 2) Drug/alcohol treatment; 3) Drug testing; 4) No paging/cellular device without USPO permission; 5) Abstain from alcohol; 6) Co-payment; and, 7) Register as drug offender. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 12/20/2002 |
| **Assistant U.S. Attorney:** | Dawrence W. Rice Jr.   **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Federal Defender   **Telephone:** (559) 487-5561 |
| **Other Court Action:** | |
| **01/20/2004:** | Court advised of use of drugs (11/12/03: cocaine; 12/15/03: methamphetamine). Court approved USPO plan and no further action was ordered. |

**RE:   CLEADUS SHELTON**
**Docket Number:   1:00CR05102-006 REC**
**REPORT OF OFFENDER NON-COMPLIANCE**

| | |
|---|---|
| <u>03/02/2004</u>: | Form 12C - Petition for Warrant signed by Court following allegations of: 1) Use of a Controlled Substance; 2) Failure to Participate in Substance Abuse Counseling; 3) Failure to Participate in Drug Testing; 4) Failure to Notify USPO of Address Change |
| <u>05/24/2004</u>: | Court dismisses Counts 1 and 3 of the Petition. Supervised release continued and modified to include a 180-day placement at Turning Point Community Corrections Center. |
| <u>06/22/2004</u>: | Form 12C - Petition for Warrant filed alleging Failure to Comply with Turning Point Community Corrections Center Program Rules and Regulations.  Warrant issued for arrest. |
| <u>08/23/2004</u>: | Following finding of a violation, supervised release is revoked.  Sentenced to 9 months BOP, and re-imposition of supervised release for 40 months. |

**Supervision <u>Re</u>-Commenced:   02/11/2005**

---

**NON-COMPLIANCE SUMMARY**

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.   ILLICIT DRUG USE: (02/02/2006: Amphetamine/Methamphetamine)**

**Details of alleged non-compliance:**  On February 2, 2006, the releasee submitted a random urine specimen which returned positive to amphetamine/methamphetamine. Upon questioning, the releasee promptly admitted using the drug when socializing at a nightclub.

Rev. 04/2005
PROB12A1.MRG

**RE:   CLEADUS SHELTON**
      **Docket Number:   1:00CR05102-006 REC**
      **REPORT OF OFFENDER NON-COMPLIANCE**


**United States Probation Officer Plan/Justification:** This represents the releasee's first known use of illicit drugs since being re-released in February 2005.  This officer intentionally delayed notifying the Court to determine whether other drug use would surface.  There have not been any subsequent positive tests to date.

On a good note, the releasee has been employed full-time for a swimming pool construction company and has been award several 'letters of appreciation' by customers for a job well done.  He has been residentially stable; he is living in an apartment with his parents.  He is getting engaged with plans of marrying in the near future.

The releasee is remorseful for this personal setback and is committed to living a clean and sober life.  He will continue participating in random drug testing and weekly aftercare services.  He was given a verbal reprimand by this officer and  warned that future drug use will result in adverse action being taken against him.

It is therefore recommended that no action be taken at that time other than continued supervision by the probation officer.

Respectfully submitted,

/s/ Hubert Alvarez

**HUBERT J. ALVAREZ**
**Senior United States Probation Officer**
Telephone:  (559) 499-5727


**DATED:**      March 21, 2006
            Fresno, California
            HJA/mb

Rev. 04/2005
PROB12A1.MRG

RE:   **CLEADUS SHELTON**
      **Docket Number:   1:00CR05102-006 REC**
      **<u>REPORT OF OFFENDER NON-COMPLIANCE</u>**


**REVIEWED BY:**      /s/ Bruce Vasquez _____
                      **BRUCE A. VASQUEZ**
_____**Supervising United States Probation Officer**


**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be
        Taken At This Time.


(  )    Submit a Request for Modifying the Conditions or Term of Supervision.


(  )    Submit a Request for Warrant or Summons.


(  )    Other:


IT IS SO ORDERED.


**Dated:   <u>March 23, 2006</u>**          <u>       /s/ Oliver W. Wanger       </u>
emm0d6                                    UNITED STATES DISTRICT JUDGE

Rev. 04/2005
PROB12A1.MRG