PROB12A1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | CLEADUS SHELTON |
| **Docket Number:** | 1:00CR05102-006 REC |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 03/26/2001 |
| **Original Offense:** | Conspiracy to Distribute Methamphetamine, 21 USC 846 and 841(a)(1)<br>(CLASS A FELONY) |
| **Original Sentence:** | 45 months BOP; 60 months TSR; $100 SA; Mandatory Drug Testing |
| **Special Conditions:** | 1) Search; 2) Drug/alcohol treatment; 3) Drug testing; 4) No paging/cellular device without USPO permission; 5) Abstain from alcohol; 6) Co-payment; and, 7) Register as drug offender. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 12/20/2002 |
| **Assistant U.S. Attorney:** | Dawrence W. Rice Jr.    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Federal Defender    **Telephone:** (559) 487-5561 |
| **Other Court Action:** | |
| <u>01/20/2004:</u> | Court advised of use of drugs (11/12/03: cocaine; 12/15/03: methamphetamine). Court approved USPO plan and no further action was ordered. |

Rev. 04/2005
PROB12A1.MRG

RE:   **CLEADUS SHELTON**
**Docket Number:   1:00CR05102-006 REC**
<u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

| | |
|---|---|
| <u>03/02/2004</u>: | Form 12C - Petition for Warrant signed by Court following allegations of: 1) Use of a Controlled Substance; 2) Failure to Participate in Substance Abuse Counseling; 3) Failure to Participate in Drug Testing; 4) Failure to Notify USPO of Address Change |
| <u>05/24/2004</u>: | Court dismisses Counts 1 and 3 of the Petition. Supervised release continued and modified to include a 180-day placement at Turning Point Community Corrections Center. |
| <u>06/22/2004</u>: | Form 12C - Petition for Warrant filed alleging Failure to Comply with Turning Point Community Corrections Center Program Rules and Regulations.  Warrant issued for arrest. |
| <u>08/23/2004</u>: | Following finding of a violation, supervised release is revoked.  Sentenced to 9 months BOP, and re-imposition of supervised release for 40 months. |
| <u>02/11/2005</u>: | Supervision re-commenced. |
| <u>03/23/2006</u>: | Form 12A.1, Report of Offender Non-Compliance filed with Court alleging drug use (02/02/06: Methamphetamine).  Court approved supervision plan; no further action taken. |

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

1.   **ILLICIT DRUG USE:** 03/30/2006 and 04/27/2006: Amphetamine/Methamphetamine
2.   **FAILURE TO DRUG TEST:**  02/20/2006, 04/01/2006, 04/03/2006, 04/19/2006
3.   **FAILURE TO PARTICIPATE IN DRUG TREATMENT:** 04/06/06, 04/13/06, 04/20/06

Rev. 04/2005
PROB12A1.MRG

**RE:   CLEADUS SHELTON**
**Docket Number:   1:00CR05102-006 REC**
**REPORT OF OFFENDER NON-COMPLIANCE**

**Details of alleged non-compliance:**   The releasee continues on a downward spiral, continuing to use illegal drugs and failing to submit to random drug testing or participate in drug aftercare.

**United States Probation Officer Plan/Justification:**   The releasee requested help for his substance abuse problem.   He admitted himself to a 72-hour detoxification program at the Comprehensive Addictions Program, Inc.   Upon his release he was referred to Decision Home, a sober living residential program, where he will be required to participate in the program for "90 to 120 days."   At this self-paid facility, the releasee will be allowed to continue employment and  participate in various rehabilitative opportunities, and  will be required to reside at this facility with exception of approved "leaves" (i.e. employment, medical, treatment, etc.).

The releasee voluntarily entered the Decision Home program on May 1, 2006, and to date his performance at the facility has been satisfactory.  A modification of his supervision conditions is not necessary; there is a special condition authorizing drug treatment (in-patient/out-patient).  The releasee  will continue submitting to drug testing, and has been admonished that if drug use or non-compliance continues, he will return to Court to face revocation proceedings.

It is therefore recommended that no action be taken at that time other than continued supervision by the probation officer.

Respectfully submitted,

/s/ Hubert J. Alvarez

**HUBERT J. ALVAREZ**
**Senior United States Probation Officer**
Telephone:  (559) 499-5727

Rev. 04/2005
PROB12A1.MRG

**RE:   CLEADUS SHELTON**
      **Docket Number:   1:00CR05102-006 REC**
      <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>


**DATED:**      May 12, 2006
            Fresno, California
            HJA/mb




**REVIEWED BY:**   <u>/s/ Bruce Vasquez</u>
                  **BRUCE A. VASQUEZ**
<u>                  **Supervising United States Probation Officer**</u>


**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be
        Taken At This Time.


(  )   Submit a Request for Modifying the Conditions or Term of Supervision.


(  )   Submit a Request for Warrant or Summons.


(  )   Other:


IT IS SO ORDERED.


**Dated:   <u>May 18, 2006</u>**            <u>/s/ Oliver W. Wanger</u>
emm0d6                         UNITED STATES DISTRICT JUDGE

Rev. 04/2005
PROB12A1.MRG